Allen L. Feingold, Philadelphia, for appellant.

Frederick T. Lachat, Jr., Philadelphia, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

PER CURIAM:

The procedural posture of this appeal is essentially identical to that of *Johnson v. Keystone Insurance Company*, 299 Pa.Super.Ct. 187, 445 A.2d 517 (1982). Accordingly, we shall vacate the order dismissing appellant's complaint for non-compliance with the "240 Day Rule" and Philadelphia Rule of Civil Procedure 151, and remand the case to the court below for further proceedings consistent with the opinion in *Johnson v. Keystone Insurance Company, supra.*

Order vacated, and case remanded for further proceedings. Jurisdiction relinquished.

449 A.2d 752

**Treena BROOKS, Appellant,**

v.

**Walter SCHACHTEL, Esquire, Lois Phillips and Bertha Shapiro, Executors of the Estate of Davis Shapiro.**

Superior Court of Pennsylvania.

Argued Nov. 5, 1981.

Filed Aug. 27, 1982.

Allen L. Feingold, Philadelphia, for appellant.

Joseph M. Hankins, Philadelphia, for appellees.

Before SPAETH, BECK and LIPEZ, JJ.

PER CURIAM:

The procedural posture of this appeal is essentially identical to that of *Johnson v. Keystone Insurance Company*, 299 Pa.Super.Ct. 187, 445 A.2d 517 (1982). Accordingly, we shall vacate the order dismissing appellant's complaint for noncompliance with the "240 Day Rule" and Philadelphia Rule of Civil Procedure 151, and remand the case to the court below for further proceedings consistent with the opinion in *Johnson v. Keystone Insurance Company, supra.*

Order vacated, and case remanded for further proceedings. Jurisdiction relinquished.

449 A.2d 753

**COMMONWEALTH of Pennsylvania**

v.

**Joseph INADI, Appellant.**

Superior Court of Pennsylvania.

Argued June 9, 1982.

Filed Aug. 27, 1982.

